UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.                                                                        Case No. 1:18-cv-488

SAYLIS HOOKAH LOUNGE                                 HON. JANET T. NEFF
AND CAFE, LLC, et al.,

    Defendants.
_____/

**ORDER**

    This is a civil action.  Plaintiff filed a Motion for Default Judgment (ECF No. 10).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 19, 2018, recommending that default judgment be entered against all Defendants, jointly and severally, in a form similar to the proposed judgment (ECF No. 16-1).  The Report and Recommendation was duly served.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 10) is GRANTED for the reasons stated in the Report and Recommendation.

    A Default Judgment consistent with this Order will issue.


Dated:  December 6, 2018                                      /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge